# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TENIYA ROUSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAFFLE HOUSE, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:20-cv-04062-MHC-JSA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Teniya Rouse and Defendant Waffle House, Inc., through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above-captioned action. The parties further stipulate that neither party will be deemed the prevailing party, and each will bear its own attorney's fees, expenses, and costs.

Respectfully submitted this 6th day of April, 2021.

[*Signatures on following page*]

1

| | |
|---|---|
| */s/ V. Severin Roberts* | */s/ Adriana R. Midence* |
| V. Severin Roberts | Adriana R. Midence |
| Georgia Bar No. 940504 | Georgia Bar No. 142298 |
| severin@justiceatwork.com | Lauren F. Gordon |
| BARRETT & FARAHANY | Georgia Bar No. 557058 |
| 1100 Peachtree Street N.E., Suite 500 | Jackson Lewis, P.C. |
| Atlanta, GA  30329 | 171 17th Street, NW, Suite 1200 |
| Telephone: (404) 214-0120 | Atlanta, GA 30309 |
| | (404) 525-8200 |
| Attorney for Plaintiff | adriana.midence@jacksonlewis.com |
| | lauren.gordon@jacksonlewis.com |
| | |
| | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TENIYA ROUSE,<br><br>      Plaintiff,<br><br>v.<br><br>WAFFLE HOUSE, INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:20-cv-04062-MHC-JSA<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I certify that on April 6th, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will automatically serve all counsel of record.

                                            */s/ V. Severin Roberts*
                                            V. Severin Roberts
                                            Georgia Bar No. 940504